# IN THE UNITED DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket No. 3:01cr119WS-001 |
| ) | |
| DERRICK LYDELL KIMPLE ) | |

## ORDER REGARDING DISMISSAL OF PETITION FOR REVOCATION OF SUPERVISED RELEASE/TERMINATION OF SUPERVISED RELEASE

**The Court finds as follows in this case:**

On February 25, 2010, this matter came before the Court in regards to a petition filed by the U.S. Probation Office for revocation of supervised release. The Court acknowledges that the primary violation listed on the petition involved the defendant's failure to pay the balance of his Court ordered restitution of $836, in accordance with his Court ordered schedule. At the time that the probation office filed the Petition for Revocation (February 25, 2010), it was reported to the Court that the defendant still owed a total of $586 on his restitution. At this time, evidence has been presented to the United States Probation Office, from the Clerk of Court, that the defendant's restitution has been paid in full. Therefore, a motion was brought by the Government, in conjunction with the Probation Office, to dismiss the Petition for Revocation, and terminate the defendant's term of supervised release. The Court hereby grants the said motion to dismiss the petition and terminates the defendant's term of supervised release effective immediately.

SO DATED, this the 22nd day of March, 2010.

s/ HENRY T. WINGATE

CHIEF JUDGE
UNITED STATES DISTRICT COURT